IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONSERRATE M. ZAPATA,** | : |
| Plaintiff, | : CIVIL ACTION NO. 12-6688 |
| | : |
| v. | : |
| | : |
| **COMMONWEALTH OF PA., et al.** | : |
| Defendants. | : |
| | : |

# O R D E R

**AND NOW**, this 3rd day of April 2013, upon review of Defendant United States Attorney for the Eastern District of Pennsylvania's Motion to Dismiss [Doc. No. 6], Plaintiff's response and moving Defendant's reply, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against the moving Defendant are **DISMISSED** with prejudice as time barred.

In addition, the Court will dismiss with prejudice all claims against the recently served Commonwealth of Pennsylvania and the unserved John Doe defendants, as it is clear on the face of the Complaint that Plaintiff's claims against all defendants are time barred.

In light of this ruling, Plaintiff's Petition for change of venue to the Northern District of California is **DISMISSED** as moot.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**