IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALSH ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-7584 |
| AMERISOURCE BERGEN CORP. : | |
| ET AL. : | |

# O R D E R

**AND NOW**, this  16th  day of    June   , 2014, upon consideration of Relator's Motion to Dismiss Defendants' Amended Counterclaim for Failure to State a Claim (ECF No. 47), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Relator's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**