IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, THE DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK ex rel. PATRICK WALSH,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION et al.,<br><br>       Defendants. | Civil Action No. 11-cv-7584 (RBS) |

## JOINT STIPULATION AND MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Relator Patrick Walsh ("Relator"), by and through his undersigned counsel, and Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Bellco Drug Co. ("Defendants"), by and through their undersigned counsel (collectively the "Parties"), hereby stipulate and agree that all claims in the above-titled action, all complaints filed therein and all claims for relief stated therein,

against Defendants by Relator may be dismissed with prejudice as to Relator, and without prejudice as to the United States. The Parties also stipulate and agree that the Defendants' claims against Relator in the above-titled action may be dismissed with prejudice.

The government plaintiffs have declined intervention and the undersigned counsel have been informed that the United States consents to this dismissal provided that the dismissal is without prejudice to the United States and the other government plaintiffs.

WHEREFORE the Parties hereby move the Court for an order dismissing this action with prejudice as to Relator's claims against the Defendants and Defendants' claims against Relator, and without prejudice as to the government plaintiffs' claims against the Defendants.

_/s/_

Marc Orlow (PA ID No. 31356)
Ross Begelman (PA ID No. 30182)
Begelman, Orlow & Melletz
411 Route 70 East
Cherry Hill, NJ 08034
856-428-6020

*Attorneys for Relator Patrick Walsh*

_/s/_

Eric W. Sitarchuk (PA ID No. 39082)
Meredith S. Auten (PA ID No. 84607)
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5000

*Attorney for Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, and Bellco Drug Co.*