IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, THE DISTRICT OF COLUMBIA, THE CITY OF CHICAGO, and THE CITY OF NEW YORK, *ex rel* PATRICK WALSH<br><br>    **Plaintiff and Relator,**<br><br>v.<br><br>AMERISOURCE BERGEN CORPORATION and AMERISOURCE BERGEN DRUG CORPORATION,<br><br>    **Defendants.** | Civil Action No. 11-CV-7584 |

## UNITED STATES' CONSENT TO DISMISSAL WITHOUT PREJUDICE

The United States hereby consents to the dismissal of the claims in this case provided that such dismissal is without prejudice to any claims that the United States might have under the

False Claims Act 28 U.S.C. § 3730 (b)(4)(B).[1] This consent is provided to satisfy the requirement that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal…" 31 U.S.C. § 3730(b)(1).

                                                  Respectfully submitted,

                                                  ZANE DAVID MEMEGER
                                                  United States Attorney

                                                  *Susan Dein Bricklin for*
                                                  MARGARET L. HUTCHINSON
                                                  Assistant United States Attorney
                                                  Chief, Civil Division

                                                  SUSAN DEIN BRICKLIN
                                                  COLIN M. CHERICO
                                                  Assistant United States Attorneys

Dated: June 10, 2016

---

[1] The States listed in the caption above, as well as the District of Columbia, also notify the Court of their consent to the dismissal of the claim in this case provided that this dismissal is without prejudice to the states.

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing United States' Notice of Consent to Dismissal without Prejudice to the United States was sent by First Class United States Mail, postage prepaid, this 10th day of June, 2016, to the following:

>Marc Orlow, Esquire
>BEGELMAN, ORLOW & MELLETZ
>Cherry Hill Professional Building
>411 Route 70 East, Suite 245
>Cherry Hill, New Jersey 08034

COLIN M. CHERICO
Assistant United States Attorney